FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 19-05919 ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FARMACIA LA ROSA DE SARON INC. | | | Date Filed (f) or Converted (c): | 10/12/2019 (f) |
| | | | | 341(a) Meeting Date: | 11/06/2019 |
| For Period Ending: | 12/31/2022 | | | Claims Bar Date: | 02/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account at Scotiabank<br><br>Inconsequential value to the estate. Claimed exempt | 1.00 | 1.00 | | 0.00 | FA |
| 2. Checking account Flexi-cuenta at BPPR<br><br>Inconsequential value to the estate. Claimed exempt | 7.00 | 7.00 | | 0.00 | FA |
| 3. Interest in lease with Popular Auto- Toyota Sequioia 2014 | 19,200.00 | 0.00 | OA | 0.00 | FA |
| 4. 132 Umbrial St., Urb Villa Toledo, Arecibo, PR [Commercial property 2 floors]<br><br>Property registry description St Road 129 Km 5.0 Hato Arriba Ward on Arecibo (Sold) | 600,000.00 | 55,125.00 | | 460,000.00 | FA |
| 5. Tort Action filed against Cooperativa Seguros Multiples losses from Hurricane Maria<br><br>Pending case before First Instance Court of Puerto Rico, Arecibo Part, Civil Case #CDP2018-0107 | 532,702.10 | 532,702.10 | OA | 0.00 | FA |
| 6. Tort Action against Victor Rodriguez, the person who performed the arson on the Debtors premises on Oct 6, 2017 | 0.00 | 1.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,151,910.10    $587,836.10    $460,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DECEMBER 31, 2022
Case Ready for Closing. All assets administered and claims reviewed.
Still pending to submit the Corporate Income Tax Return for the years 2019, 2020 and 2021. Due to the change of the Puerto Rico Treasury Department system to SURI, it is necessary to have the access codes in order to filed the tax returns.

DECEMBER 31, 2021
All assets seem to be liquidated, closing sale real estate property took place during March 2021. Estate tax return become due on April 15, 2022
Claims filed preliminary reviewed; objections will be filed no later than March 15, 2022.

DECEMBER 31, 2020
 - Wigberto Lugo-Mender 12/31/2019
 Trustee pursuing marketing efforts on real property. Property is encumbered with two mortgage notes; Trustee to continue marketing efforts until March 31, 2020.

Offer for the real property received recently and notified. [Docket #24]
Estate tax return for the sale of this property due becomes due on April 15. 2022
Pending review of claims and objection as may be deemed necessary.




Initial Projected Date of Final Report (TFR): 10/31/2022       Current Projected Date of Final Report (TFR): 09/30/2023

Trustee Signature:      /s/ WIGBERTO LUGO-MENDER, TRUSTEE         Date: 01/30/2023
                        WIGBERTO LUGO-MENDER, TRUSTEE
                        100 CARR 165 STE 501
                        GUAYNABO, PR  00968-8052
                        (787)707-0404
                        wlugo@ecf.epiqsystems.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 19-05919 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: | FARMACIA LA ROSA DE SARON INC. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0564 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5441 | Blanket Bond (per case limit): | $9,211,680.00 |
| For Period Ending: | 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/21 | 4 | Felix Morales | Good faith deposit to purchase commercial property located at Urb Villa Toledo on Arecibo, PR<br>Refer to docket #24 and #32 | 1110-000 | $23,000.00 | | $23,000.00 |
| 02/23/21 | 2001 | Clerk, US Bankruptcy Court<br>US Post Office and Courthouse<br>300 Recinto Sur Room 109<br>San Juan, PR  00901 | Certify copies for closing sale<br>Refer to docket #24 and #32 | 2700-000 | | $44.00 | $22,956.00 |
| 02/23/21 | 2002 | WIGBERTO LUGO MENDER<br>Centro Internacional de Mercadeo<br>100 Carr. 165 Suite 501<br>Guaynabo, PR  00968-8052 | As per Court Order entered  on 2/23/2021 [Reimbursed expenses]<br>Docket #37 and #38 | 2200-000 | | $611.92 | $22,344.08 |
| 02/26/21 | 4 | Felix O Morales | Proceeds from sale commercial property located at Urb Villa Toledo on Arecibo, PR<br>Refer to dockets #24 and #32 | 1110-000 | $437,000.00 | | $459,344.08 |
| 02/26/21 | 2008 | GOBLE & GUZMAN<br>PO Box 192021<br>San Juan, PR  00919-2021 | As per Court Order entered  on 2/5/2021 [Stamps and recording fees] Reversal<br>Refer to dockets #24 and #32 | 2500-000 | | ($4,510.50) | $463,854.58 |
| 02/26/21 | 2007 | GOBLE & GUZMAN<br>PO Box 192021<br>San Juan, PR  00919-2021 | As per Court Order entered  on 2/5/2021 [Notarial Fees] Reversal | 3210-000 | | ($7,985.00) | $471,839.58 |
| 02/26/21 | 2003 | CENTRO DE RECAUDACION INGRESOS MUNICIPALES<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | PIN 029-099-749-13-000 [Calle Marginal Bo Hato Arriba Km Hm 4.5 Carr 129 Arecibo]<br> [Per Order entered on 2/5/2021- Refer to dockets #24 and #32] | 4700-000 | | $15,181.17 | $456,658.41 |
| 02/26/21 | 2004 | MELVIN RAMOS NIEVES | As per Court Order entered  on 2/8/2021 [Realtor Fees]<br>Refer to dockets #28 and #34 | 3510-000 | | $18,400.00 | $438,258.41 |
| 02/26/21 | 2005 | US SMALL BUSINESS ADMINISTRATION | As per Court Order entered  on 2/5/2021 [Sale property- Calle Marginal Bo Hato Arriba Km Hm 4.5 Carr 129 Arecibo]<br>Refer to dockets #24 and #32 | 4110-000 | | $100,000.00 | $338,258.41 |

Page Subtotals: $460,000.00   $121,741.59

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 19-05919 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: FARMACIA LA ROSA DE SARON INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0564 |
| | Checking |
| Taxpayer ID No: XX-XXX5441 | Blanket Bond (per case limit): $9,211,680.00 |
| For Period Ending: 12/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/21 | 2006 | ORIENTAL BANK | As purchaser of Scotiabank assets [Sale property- Calle Marginal Bo Hato Arriba Km Hm 4.5 Carr 129 Arecibo] Per Court Order entered on 2/5/2021 [Refer to dockets #24 and #32] | 4110-000 | | $242,818.93 | $95,439.48 |
| 02/26/21 | 2007 | GOBLE & GUZMAN PO Box 192021 San Juan, PR 00919-2021 | As per Court Order entered on 2/5/2021 [Notarial Fees] | 3210-000 | | $7,985.00 | $87,454.48 |
| 02/26/21 | 2008 | GOBLE & GUZMAN PO Box 192021 San Juan, PR 00919-2021 | As per Court Order entered on 2/5/2021 [Stamps and recording fees] Refer to dockets #24 and #32 | 2500-000 | | $4,510.50 | $82,943.98 |
| 02/26/21 | 2009 | GOBLE & GUZMAN PO Box 192021 San Juan, PR 00919-2021 | As per Court Order entered on 2/5/2021 [Stamps and recording fees- Sales deed] Refer to dockets #24 and #32 | 2500-000 | | $512.50 | $82,431.48 |
| 02/26/21 | 2010 | GOBLE & GUZMAN PO Box 192021 San Juan, PR 00919-2021 | As per Court Order entered on 2/5/2021 [Notarial Fees- Sales Deed] Refer to dockets #24 and #32 | 3210-000 | | $4,600.00 | $77,831.48 |
| 03/09/21 | 2011 | GOBLE & GUZMAN PO Box 192021 San Juan, PR 00919-2021 | As per Court Order entered on 2/5/2021 [Cancellation Deed- notarial fees and stamps and recording fees] Refer to dockets #24 and #32 | | | $7,347.00 | $70,484.48 |
| | | | Stamps and recording fees ($3,962.00) | 2500-000 | | | |
| | | | Notarial fees ($3,385.00) | 3210-000 | | | |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.82 | $70,406.66 |
| 09/21/21 | 2012 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on 9/21/2021 [Refer to dockets #43 and #44] | 2300-000 | | $140.16 | $70,266.50 |

Page Subtotals: $0.00  $267,991.91

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 19-05919 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: FARMACIA LA ROSA DE SARON INC. | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0564 |
| | | Checking |
| Taxpayer ID No: XX-XXX5441 | Blanket Bond (per case limit): | $9,211,680.00 |
| For Period Ending: 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.58 | $70,188.92 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.50 | $70,111.42 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.92 | $70,041.50 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.33 | $69,964.17 |
| 04/01/22 | 2013 | LUGO MENDER GROUP, LLC Centro Internacional de Mercadeo 100 Carr. 165 Torre I Suite 501 Guaynabo, PR 00968 | As per Court Order entered on 04/01/2022 [Attorney for the Estate] Refer to dockets #48 and #50 | | | $6,542.75 | $63,421.42 |
| | | LUGO MENDER GROUP, LLC | ($375.25) | 3120-000 | | | |
| | | | ($6,167.50) | 3110-000 | | | |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.93 | $63,352.49 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.95 | $63,282.54 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.62 | $63,214.92 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.80 | $63,145.12 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.72 | $63,075.40 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.40 | $63,008.00 |

Page Subtotals: $0.00 $7,258.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 19-05919 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: FARMACIA LA ROSA DE SARON INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0564 |
| | Checking |
| Taxpayer ID No: XX-XXX5441 | Blanket Bond (per case limit): $9,211,680.00 |
| For Period Ending: 12/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/22 | 2014 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium [Bond #016052125] Term 10/1/2022 to 10/01/2023 As per Order entered on 10/11/2022 [Refer to dockets #53 and #54] | 2300-000 | | $138.04 | $62,869.96 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.51 | $62,800.45 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.10 | $62,733.35 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $460,000.00 | $397,266.65 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $460,000.00 | $397,266.65 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $460,000.00 | $397,266.65 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $274.65 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0564 - Checking | $460,000.00 | $397,266.65 | $62,733.35 |
|  | $460,000.00 | $397,266.65 | $62,733.35 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $460,000.00 |
| Total Gross Receipts: | $460,000.00 |

Trustee Signature: /s/ WIGBERTO LUGO-MENDER, TRUSTEE    Date: 01/30/2023

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR 00968-8052
(787)707-0404
wlugo@ecf.epiqsystems.com

Page Subtotals:    $0.00    $0.00